1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2  A Limited Liability Partnership
   Including Professional Corporations
3  Anna S. McLean, Cal. Bar No. 142233
   Olivier F. Theard, Cal. Bar No. 217763
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
5  Telephone: 415.434.9100
   Email:    AMcLean@sheppardmullin.com
6            OTheard@sheppardmullin.com

7  ARMSTRONG TEASDALE LLP
   Timothy J. Bergère, *pro hac vice*
8  Michael C. Witsch, *pro hac vice*
   2005 Market Street, 29th Floor
9  One Commerce Square
   Philadelphia, Pennsylvania 19103
10 Telephone: 267.780.2000
   Email:    tbergere@atllp.com
11           mwitsch@atllp.com

12 *Attorneys for Defendant*
   *Airgas USA, LLC d/b/a AIRGAS NCN*
13

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>AIRGAS USA, LLC, d/b/a AIRGAS NCN; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:24-cv-03547-DJC-AC<br><br>Judge: Hon. Daniel J. Calabretta<br><br>**ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: December 17, 2024 |

-1-                                Case No. 2:24-cv-03547-DJC-AC
                                                           ORDER
SMRH:4897-6912-8511

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to the Stipulation of the Parties, and for good cause shown, Defendant Airgas shall have until June 27, 2025, to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  May 6, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE