# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC, d/b/a AIRGAS NCN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03547-DJC-AC<br><br>Judge: Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Pursuant to the Stipulation of the Parties, and for good cause shown, the due date for the Parties' Joint Status Report pursuant to this Court's Initial Case Management Order is hereby extended from May 22, 2025, to July 14, 2025.

**IT IS SO ORDERED.**

Dated:  May 19, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

Case No. 2:24-cv-03547 DJC-AC