SHEPPARD, MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Anna S. McLean, Cal. Bar No. 142233
Olivier F. Theard, Cal. Bar No. 217763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415.434.9100
Email:     AMcLean@sheppardmullin.com
           OTheard@sheppardmullin.com

ARMSTRONG TEASDALE LLP
Timothy J. Bergère, *pro hac vice*
Michael C. Witsch, *pro hac vice*
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, Pennsylvania 19103
Telephone: 267.780.2000
Email:     tbergere@atllp.com
           mwitsch@atllp.com

*Attorneys for Defendant*
*Airgas USA, LLC d/b/a AIRGAS NCN*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC, d/b/a AIRGAS NCN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03547-DJC-AC<br><br>Judge: Hon. Daniel J. Calabretta<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO FILE JOINT STATUS REPORT**<br><br>Complaint Filed: December 17, 2024 |

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Central Valley Eden Environmental Defenders, LLC and Defendant Airgas USA, LLC d/b/a Airgas NCN ("Airgas"), pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 143, Local Rule 144, and Section IV of this Court's Standing Order, that:

1. Defendant Airgas's time to answer, move or otherwise respond to Plaintiff's First Amended Complaint, ECF No. 40, ECF No. 40, filed on or about April 28, 2025, is extended from the existing due date of June 27, 2025, to July 28, 2025.

2. The Parties' time to file the Joint Status Report pursuant to this Court's Initial Case Management Order is hereby extended from July 14, 2025, to August 13, 2025.

3. There is no current discovery cutoff date.

4. The court has not set a final date for hearing motions.

5. There is no current pretrial conference or trial date.

6. This is Defendant Airgas's second application for an extension of time to respond to the First Amended Complaint.

7. This is the Parties' second application for an extension of time to file the Joint Status Report.

8. Presently the Parties are actively engaged in good faith settlement discussions with a prospect of resolving the dispute without the need for continued litigation. Given the prospects for an amicable resolution, the Parties believe sufficient good cause exists to warrant a further limited extension of the referenced deadlines. Approving this stipulation will further the goal of judicial efficiency and avoid the unnecessary expenditure of judicial and party resources.

9. This stipulation does not constitute a waiver of any claim, right, or defense by either party.

10. The requested extension will not affect any other dates set in this case.

11. For the foregoing reasons, the Parties jointly request that the Court extend the time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint be extended to July 28, 2025, and that the Court extend the Parties' time to file the Joint Status Report to August 13, 2025.

Dated: June 27, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Anna S. McLean*
ANNA S. McLEAN
OLIVIER F. THEARD
Attorneys for Defendant
Airgas USA, LLC d/b/a AIRGAS NCN

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC

By     */s/ Craig Brandt*
CRAIG BRANDT
ADAM D. BRUMM
Attorneys for Plaintiff
Central Valley Eden Environmental Defenders, LLC

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO FILE JOINT STATUS REPORT**

Pursuant to the Stipulation of the Parties, and for good cause shown, Defendant Airgas shall have until July 28, 2025, to answer, move, or otherwise respond to Plaintiff's First Amended Complaint, and the due date for the Parties' Joint Status Report pursuant to this Court's Initial Case Management Order is hereby extended to August 13, 2025.

**IT IS SO ORDERED.**

Dated:  June 27, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE