Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Craig A. Brandt, Esq.  SB#133905
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA  94618
Telephone:  (510) 601-1309
Email:  craigabrandt@att.net

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIRGAS USA, LLC,<br><br>    Defendant. | Case No.: 2:24-cv-03547-DJC-AC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND JOINT STATUS REPORT;** |

Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendant Airgas USA, LLC ("Defendant") hereby submit this Stipulation to extend the time for Defendant to file its response to Plaintiff's First Amended Complaint and for the parties to file a Joint Status Report, pursuant to this Court's Case Management Order entered on January 15, 2025.

1. On January 22, 2025, this Court entered a Minute Order providing that the due date for the parties' Joint Status Report would be thirty-five (35) days after the Court ruled in Defendant's Motion to Dismiss.

2. The Court's Order re: Defendant's Motion to Dismiss was entered on April 18, 2025. Thus, the Joint Status Report was initially due on May 22, 2025.

3. On April 28, 2025, Plaintiff filed its First Amended Complaint.

4. On May 6, 2025, the parties filed a Stipulation to extend the time for Defendant to respond to Plaintiff's First Amended Complaint from May 12, 2025, to June 27, 2025.

5. On May 7, 2025, the Court entered an Order extending the deadline for Defendant's response to Plaintiff's First Amended Complaint to June 27, 2025.

6. On May 19, 2025, the parties filed a Stipulation to extend the due date for the filing of the Joint Status Report from May 22, 2025, to July 14, 2025.

7. On May 19, 2025, the Court entered an Order extending the time for the parties to file their Joint Status Report from May 22, 2025, to July 14, 2025.

8. On June 25, 2025, the parties filed a second Stipulation to extend the deadline for Defendant to file its response to Plaintiff's First Amended Complaint from June 27, 2025, to July 28, 2028; and for the filing of the parties' Joint Status Report from July 14, 2025, to August 13, 2025.

9. On June 30, 2025, the Court entered an order extending the deadline for Defendant to file its response to Plaintiff's First Amended Complaint from June 27, 2025, to July 28, 2028; and for the filing of the parties' Joint Status Report from July 14, 2025, to August 13, 2025.

10. On July 18, 2025, Plaintiff filed a Motion for Leave to file its Second Amended Complaint, with a hearing date of September 4, 2025. [See ECF 48]

11. In light of the filing of Plaintiff's Motion for Leave to file its Second Amended Complaint, which if filed will moot Plaintiff's First Amended Complaint, the parties are jointly requesting an Order of this Court to extend the due date for Defendant's response to Plaintiff's

First Amended Complaint to September 15, 2025; and the due date for filing of the parties' Joint Status Report to September 30, 2025.

Dated: July 25, 2025

By: __/S/_ Adam D. Brumm_____
Adam D. Brumm
Attorney for Plaintiff

Dated: July 25, 2025                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _/S/_ Anna S. McLean_____
Anna S. McLean
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company, | Case No.: 2:24-cv-03547-DJC-AC |
|---|---|
| Plaintiff, | Judge: Hon. Daniel J. Calabretta |
| v. | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND FOR THE PARTIES TO FILE JOINT STATUS REPORT** |
| AIRGAS USA, LLC, d/b/a AIRGAS NCN; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties, and for good cause shown, the due date for Defendant to file its response to Plaintiff's First Amended Complaint is hereby extended to September 15, 2025; and the due date for the filing of the Parties' Joint Status Report pursuant to this Court's Initial Case Management Order is hereby extended from August 13, 2025; to September 30, 2025.

**IT IS SO ORDERED.**

Dated:  July 25, 2025                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

Case No. 2:24-cv-03547 DJC-AC