UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC<br><br>Defendant. | No. 2:24-cv-03547-DJC-AC |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SPARKS, et al.<br><br>Defendants. | No. 2:25-cv-02023-SCR<br><br>RELATED CASE ORDER |

Plaintiff Central Valley Eden Environmental Defenders, LLC has filed a notice of related cases in both of the above-captioned actions, although Plaintiff indicates that it prefers the cases not be related. However, examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial

1

effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to lead to a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that while relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.  Here, the older case has been assigned to District Judge Daniel J. Calabretta and Magistrate Judge Allison Claire, while the newer case has been assigned to no District Judge and Magistrate Judge Sean C. Riordan.  Because the older case file, 2:24-cv-03547-DJC-AC is assigned to Magistrate Judge Allison Claire and the newer case, 25-cv-02023-SCR is assigned to Magistrate Judge Sean C. Riordan, the latter case will be reassigned from Judge Riordan to Judge Claire.  And because the older case is not presently assigned to a District Judge, it will be reassigned to District Judge Daniel C. Calabretta.

In accordance with Rule 123, it is ORDERED that *Central Valley Eden Environmental Defenders, LLC. v. Sparks et al.*, 2:25-cv-02023-SCR is reassigned to District Judge Daniel J. Calabretta and Magistrate Judge Allison Claire.  Henceforth, the caption in the reassigned case shall be shown as *Central Valley Eden Environmental Defenders, LLC. v. Sparks et al.*, 2:25-cv-02023-DJC-AC.  It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this arrangement.

IT IS SO ORDERED.

Dated:  **August 18, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2