UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>      Plaintiff,<br><br>   v.<br><br>AIRGAS USA, LLC<br><br>      Defendant.<br>_____<br>CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>      Plaintiff,<br><br>   v.<br><br>SPARKS, et al.<br><br>      Defendants. | No. 2:24-cv-03547-DJC-AC<br><br><br><br><br><br><br><br><br>No. 2:25-cv-02023-DJC-AC<br><br><br><br><br><br>ORDER |

The Court held a status conference on *Central Valley Eden Environmental Defenders, LLC v. Airgas USA, LLC*, No. 2:24-cv-03547-DJC-AC on August 14, 2015. At that conference, the Court related the above captioned cases; the docket of both cases now accurately reflects each case's number and judge assignments. Also at the

1

1 conference, the parties requested that the Court order a settlement conference with a
2 Magistrate Judge; the Court will grant this request and hereby ORDERS the parties to
3 a settlement conference with a Magistrate Judge.  As agreed to by the parties, the
4 Court also GRANTS Plaintiff's Motion for Leave to Amend (ECF No. 48 in case No.
5 2:24-cv-03547-DJC-AC).  Plaintiff may file a Second Amended Complaint in Case No.
6 2:24-cv-03547-DJC-AC and a First Amended Complaint in Case No. 2:25-cv-02023-
7 DJC-AC within fourteen (14) days.  All other deadlines, including Defendants'
8 deadline to respond to Plaintiff's Second Amended Complaint in Case No. 2:24-cv-
9 03547-DJC-AC and Plaintiff's forthcoming First Amended Complaint in Case No. 2:25-
10 cv-02023-DCJ-AC, are STAYED pending the resolution of settlement discussions.
11 Within seven (7) days of conclusion of the settlement conference, the parties are
12 ORDERED to update the Court on the status of the pending lawsuits.

IT IS SO ORDERED.

Dated: **August 20, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC5 – eden224-cv-03547, eden225-cv02023.follwuporder

2