Adam D. Brumm, Esq.  (SB# 257906)
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email: adam@edendefenders.org

Craig A. Brandt (SB# 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 594-1356
Email: craigabrandt@att.net

Natalie C. Marcin (SB# 351072)
EarthLaw Attorney PC
17158 Aileen Way
Grass Valley, CA 95949
Telephone: (301) 751-7554
Email: natalie@earthlawattorney.com

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>AIRGAS, USA, LLC<br><br>　　　　　Defendant.<br>_____<br>CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>JAVONY SPARKS, et al.,<br><br>　　　　　Defendants. | **Case No.** 2:24-cv-03547 DJC-AC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)**<br><br><br><br><br><br>**Related Case No.** 2:25-cv-02023 DJC-AC |

Stipulation for Dismissal – Page 1

Plaintiff Central Valley Eden Environmental Defenders, LLC ("EDEN") and Defendants Airgas, USC, LLC, Javony Sparks, Marcello Fioranelli and Jay Worley ("AIRGAS"), hereby enter into this Stipulation to Dismiss Plaintiff's Complaints in Case No. 2:24-cv-03547 DJC-AC and related Case No. 2:25-cv-02023 DJC-AC against all Defendants with prejudice.

EDEN and AIRGAS (the "Parties") have entered into a settlement agreement that achieves a full and final settlement of all EDEN's claims against AIRGAS as set forth in the Complaint filed in Case No. 2:24-cv-03547-DJC-AC on December 17, 2024; as well as the Complaint filed in the related Case No. 2:25-cv-02023-DJC-AC on July 21, 2025.

On March 26, 2026, EDEN filed a Notice of Settlement notifying the Court that the Parties had reached a full settlement to resolve all outstanding issues in both actions ("Settlement Agreement").

On March 26, 2026, EDEN served a copy of the Settlement Agreement on the Department of Justice ("DOJ") for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.   All interested parties agree that the 45-day review period expired on May 11, 2026.

The Notice of Settlement specified that upon the expiration of the DOJ's review period, if no objection was lodged by the DOJ, the Settling Parties would stipulate to and request an order from this Court dismissing with prejudice EDEN's claims against AIRGAS.  The statutory agency review period has expired without any objection being lodged by the DOJ.

IT IS HEREBY STIPULATED and agreed to by and between the Parties that EDEN's Complaints and all claims against AIRGAS shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Stipulation for Dismissal – Page 2

The Parties respectfully request an order from this Court dismissing such claims with prejudice.

Dated:  May 11, 2026                    Respectfully,


By: */S/_Craig A. Brandt_____*
           Craig A. Brandt
           Attorney for Plaintiff



Dated:  May 11, 2026                    ARMSTRONG TEASDALE LLP


By: */S/_Timothy J. Bergere (as authorized on 5/12/26_*
           Timothy J. Bergere
           Attorneys for Defendants

**ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendant AIRGAS, USA, LLC (Case No. 2:24-cv-03547 DJC-AC) are hereby dismissed in their entirety, with prejudice.

The Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendants JAVONY SPARKS, MARCELO FIORANELLI and JAY WORLEY (Case No. 2:25-cv-02023 DJC-AC) are hereby dismissed in their entirety, with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 14, 2026              /s/ Daniel J. Calabretta
                                 _____
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

ORDER of DISMISSAL WITH PREJUDICE